

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00926-CV

**IN RE** Bertha Bermea **SANCHEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On December 5, 2018, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than December 27, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on December 6, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-01-30519-MCVAJA, styled *Marisol Perez Sotello v. Bertha Bermea Sanchez*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.